# EXHIBIT E

 

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 140902337 |
| Case Caption: | DEUTSCHE BANK VS BRAHMBHATT |
| Filing Date: | Tuesday , September 16th, 2014 |
| Court: | MORTGAGE FORECLOSURE |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | NOT RESIDENTIAL OWNER OCCUP-MR |
| Status: | JUDGMENT BY DEFAULT/FINAL DISP |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | FREEDMAN, M. TROY |
| Address: | STERN & EISENBERG, PC 1581 MAIN STREET SUITE 200 WARRINGTON PA 18976 (215)572-8111 | Aliases: | none | |

| | | | | |
|---|---|---|---|---|
| 2 | 1 | | PLAINTIFF | DEUTSCHE BANK NATIONAL TRUST COMPANY BY ITS SERVICER OCWEN |
| **Address:** | 1661 WORTHINGTON ROAD SUITE 100 WEST PALM BEACH FL 33409 | **Aliases:** | *none* | |
| 3 | | | DEFENDANT | BRAHMBHATT, ANIL J |
| **Address:** | 802 RED LION ROAD PHILADELPHIA PA 19115 | **Aliases:** | *none* | |
| 4 | | | DEFENDANT | BRAHMBHATT, USHA A |
| **Address:** | 802 RED LION ROAD PHILADELPHIA PA 19115 | **Aliases:** | *none* | |
| 5 | | | TEAM LEADER | FOX, IDEE C |
| **Address:** | 656 City Hall PHILADELPHIA PA 19107 (215)686-4222 | **Aliases:** | *none* | |
| 6 | | | JUDGE | PADILLA, NINA W. |
| **Address:** | 505 CITY HALL PHILADELPHIA PA 19107 (215)686-2892 | **Aliases:** | *none* | |
| 7 | 1 | | ATTORNEY FOR | MARLEY, ANDREW |

|  |  |  | PLAINTIFF |  |
|---|---|---|---|---|
| Address: | 1581 MAIN STREET SUITE 200 WARRINGTON PA 18976 (215)572-8111 | Aliases: | none | |

|  | 8 |  | JUDGE | JUDGE, EMERGENCY |
|---|---|---|---|---|
| Address: | ROOM 280 CITY HALL PHILADELPHIA PA 19107 | Aliases: | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 16-SEP-2014 11:00 AM | ACTIVE CASE | | | 17-SEP-2014 09:23 AM |
| Docket Entry: | E-Filing Number: 1409027767 | | | |
| 16-SEP-2014 11:00 AM | COMMENCEMENT OF CIVIL ACTION | FREEDMAN, M. TROY | | 17-SEP-2014 09:23 AM |
| Documents: | Click link(s) to preview/purchase the documents<br>Final Cover<br>MR Notice | | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | none. | | | |
| 16-SEP-2014 11:00 AM | COMPLAINT FILED NOTICE GIVEN | FREEDMAN, M. TROY | $220,656.34 | 17-SEP-2014 09:23 AM |
| Documents: | Click link(s) to preview/purchase the documents<br>brahmbhatt_comp.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| Docket | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. NOTICE OF INTENT | | | |

| | | | | |
|---|---|---|---|---|
| | Entry: | UNDER ACT 6 HAS BEEN SENT TO THE DEFENDANT. | | |
| 16-SEP-2014 11:00 AM | SHERIFF'S SURCHARGE 2 DEFTS | FREEDMAN, M. TROY | | 17-SEP-2014 09:23 AM |
| Docket Entry: | *none.* | | | |
| 30-SEP-2014 10:08 AM | WAITING TO LIST CASE MGMT CONF | | | 30-SEP-2014 10:08 AM |
| Docket Entry: | *none.* | | | |
| 30-SEP-2014 11:43 AM | AFFIDAVIT OF SERVICE FILED | | | 30-SEP-2014 01:27 PM |
| Documents: | Click link(s) to preview/purchase the documents<br>Affidavit of Service | | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ANIL J BRAHMBHATT BY ON 09/23/2014 FILED. | | | |
| 30-SEP-2014 11:46 AM | AFFIDAVIT OF SERVICE FILED | | | 30-SEP-2014 01:27 PM |
| Documents: | Click link(s) to preview/purchase the documents<br>Affidavit of Service | | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON USHA A BRAHMBHATT BY ON 09/23/2014 FILED. | | | |
| 30-SEP-2014 11:48 AM | AFFIDAVIT OF SERVICE FILED | | | 30-SEP-2014 01:27 PM |
| Documents: | Click link(s) to preview/purchase the documents<br>Affidavit of Service | | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON USHA A BRAHMBHATT BY PERSONAL SERVICE ON 09/23/2014 FILED. | | | |

| | | | | |
|---|---|---|---|---|
| 30-SEP-2014 11:51 AM | AFFIDAVIT OF SERVICE FILED | | | 30-SEP-2014 01:27 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Affidavit of Service | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ANIL J BRAHMBHATT BY ON 09/23/2014 FILED. | | | |
| | | | | |
| 24-OCT-2014 04:46 PM | ANSWER TO COMPLAINT FILED | BRAHMBHATT, ANIL J | | 27-OCT-2014 12:00 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>ANCOM_10.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | ANSWER TO PLAINTIFF'S COMPLAINT FILED BY DEFENDANT(S) ANIL J. BRAHMBHATT AND USHA A. BRAHMBHATT FILED. | | | |
| | | | | |
| 10-DEC-2014 11:03 AM | LISTED FOR CASE MGMT CONF | | | 10-DEC-2014 11:03 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 10-DEC-2014 11:03 AM | ORDER ENTERED/236 NOTICE GIVEN | | | 10-DEC-2014 11:03 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>ORDER_12.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | AND NOW, THIS 10TH DAY OF DECEMBER, 2014, IT IS HEREBY ORDERED THAT: 1. A CASE MANAGEMENT CONFERENCE IS SCHEDULED ON JANUARY 23, 2015, AT 9:30 A.M., IN COURTROOM 243, CITY HALL, PHILADELPHIA, PA 19107. 2. COUNSEL FOR PLAINTIFF IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ANY UNREPRESENTED PARTY OR ANY ATTORNEY ENTERING AN APPEARANCE SUBSEQUENT TO THE ISSUANCE OF THIS ORDER. ATTENDANCE BY ALL COUNSEL OF RECORD IS MANDATORY. PLAINTIFF'S FAILURE TO APPEAR WILL RESULT IN A JUDGMENT OF NON PROS ENTERED BY THE COURT. 3. THE CONFERENCE WILL BE CONDUCTED BY A JUDGE OR CASE MANAGER ASSIGNED BY THE COURT. 4. AT THE CONFERENCE COUNSEL MUST BE PREPARED TO ADDRESS ALL RELEVANT ISSUES REGARDING VENUE, SERVICE OF | | | |

| | | | | |
|---|---|---|---|---|
| | PROCESS, PLEADINGS, DISCOVERY, POSSIBLE JOINDER OF ADDITIONAL PARTIES, THEORIES OF LIABILITY OR DEFENSES AND DAMAGES CLAIMED. 6. AT THE CONCLUSION OF THE CONFERENCE A CASE MANAGEMENT ORDER SHALL BE ENTERED WHICH WILL GOVERN THIS CASE. 6. ALL APPLICABLE PARTS OF THE ENCLOSED CONFERENCE MEMORANDUM SHALL BE COMPLETED AND BROUGHT TO THE CASE MANAGEMENT CONFERENCE. 7. IF THE CASE SETTLES PRIOR TO THE CONFERENCE, PLEASE FAX A NOTICE TO SEAN MACGREGOR AT 215-686-5137. BY THE COURT: FOX, J. 12/10/14. | | | |
| 10-DEC-2014 11:03 AM | NOTICE GIVEN UNDER RULE 236 | | | 10-DEC-2014 01:36 PM |
| Docket Entry: | NOTICE GIVEN ON 10-DEC-2014 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 10-DEC-2014. | | | |
| 11-DEC-2014 03:28 PM | MOTION-JUDGMENT ON PLEADINGS | FREEDMAN, M. TROY | | 12-DEC-2014 10:56 AM |
| Documents: | Click link(s) to preview/purchase the documents<br>doc06233720141211140939.pdf<br>Motion CoverSheet Form | Click HERE to purchase all documents related to this one docket entry | | |
| Docket Entry: | 77-14121877 RESPONSE DATE 01/02/2015. (FILED ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY BY ITS SERVICER OCWEN) | | | |
| 07-JAN-2015 10:35 AM | MOTION ASSIGNED | | | 07-JAN-2015 10:35 AM |
| Docket Entry: | 77-14121877 MOTION-JUDGMENT ON PLEADINGS ASSIGNED TO JUDGE: WRIGHT PADILLA, NINA . ON DATE: JANUARY 07, 2015 | | | |
| 21-JAN-2015 09:52 AM | JUDGMENT ENTERED | PADILLA, NINA W. | | 21-JAN-2015 09:52 AM |
| Documents: | Click link(s) to preview/purchase the documents<br>WSJDE_16.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| | 77-14121877 UPON CONSIDERATION OF THE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND ANSWER THERETO, IT IS HEREBY ORDERED AND DECREED THAT JUDGMENT, IN MORTGAGE FORECLOSURE, IS ENTERED IN THE PLAINTIFF'S FAVOR AND AGAINST | | | |

| | | | | |
|---|---|---|---|---|
| | **Docket Entry:** | THE DFTS FOR THE SUM OF $214,461.23 PLUS INTEREST AT THE PER DIEM RATE OF $17.97 UNTIL JUDGMENT IS PAID IN FULL PLUS ANY ADDITIONAL RECOVERABLE COSTS AND CHARGES COLLECTIBLE UNDER THE SUBJECT MORTGAGE WHICH SHALL ALSO BE ADDED TO THIS JUDGMENT. ...BY THE COURT: WRIGHT PADILLA, J. 1/16/15 | | |
| 21-JAN-2015 09:52 AM | NOTICE GIVEN UNDER RULE 236 | | | 22-JAN-2015 08:46 AM |
| | **Docket Entry:** | NOTICE GIVEN ON 22-JAN-2015 OF JUDGMENT ENTERED ENTERED ON 21-JAN-2015. | | |
| 30-JAN-2015 02:16 PM | JUDGMENT BY DEFAULT/FINAL DISP | MARLEY, ANDREW | $217,588.01 | 02-FEB-2015 11:09 AM |
| | **Documents:** | Click link(s) to preview/purchase the documents<br>Brahmbhatt judgment.pdf<br>Brahmbhatt writ.pdf | Click HERE to purchase all documents related to this one docket entry | |
| | **Docket Entry:** | PRAECIPE FOR ENTRY OF DEFAULT JUDGMENT FILED. JUDGMENT IN FAVOR OF DEUTSCHE BANK NATIONAL TRUST COMPANY BY ITS SERVICER OCWEN AND AGAINST USHA A BRAHMBHATT AND ANIL J BRAHMBHATT FOR FAILURE TO FILE ANSWER WITHIN REQUIRED TIME. PRO-PROTHONOTARY. NOTICE UNDER RULE 236 GIVEN. NOTICE UNDER 237.1 GIVEN. AFFIDAVIT OF NON-MILITARY SERVICE FILED . DAMAGES ASSESSED: $217,588.01 PRAECIPE FOR WRIT OF EXECUTION (RE) FILED. WRIT OF EXECUTION (RE) ISSUED. PREMISES: , PHILADELPHIA. | | |
| 11-FEB-2015 04:44 PM | MOTION FOR RECONSIDERATION | BRAHMBHATT, ANIL J | | 11-FEB-2015 12:00 AM |
| | **Documents:** | Click link(s) to preview/purchase the documents<br>MTRCS_19.pdf | Click HERE to purchase all documents related to this one docket entry | |
| | **Docket Entry:** | 94-15025094 MOTION FOR RECONSIDERATION OF JUDGE WRIGHT PADILLA'S ORDER DATED 01/16/2015 FILED. | | |
| 12-FEB-2015 01:11 PM | MOTION ASSIGNED | | | 12-FEB-2015 01:11 PM |
| | **Docket Entry:** | 94-15025094 MOTION FOR RECONSIDERATION ASSIGNED TO JUDGE: WRIGHT PADILLA, NINA . ON DATE: FEBRUARY 12, 2015 | | |

| 24-FEB-2015 03:00 PM | AFFIDAVIT OF SERVICE FILED | | | 24-FEB-2015 04:18 PM |
|---|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents<br>Affidavit of Service | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF NOTICE OF REAL ESTATE SALE UPON USHA A BRAHMBHATT AND ANIL J BRAHMBHATT BY ON 02/13/2015 FILED. | | | |
| | | | | |
| 06-MAR-2015 02:06 PM | AFFIDAVIT OF SERVICE FILED | MARLEY, ANDREW | | 09-MAR-2015 01:18 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>brahmbhatt_nos_cos-1.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF NOTICE OF SALE UPON USHA A BRAHMBHATT AND ANIL J BRAHMBHATT BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 02/26/2015 FILED. (FILED ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY BY ITS SERVICER OCWEN) | | | |
| | | | | |
| 12-MAR-2015 11:35 AM | ANSWER (MOTION/PETITION) FILED | FREEDMAN, M. TROY | | 13-MAR-2015 08:34 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>doc08077120150312112411.pdf<br>Motion CoverSheet Form | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 94-15025094 ANSWER IN OPPOSITION OF MOTION FOR RECONSIDERATION FILED. (FILED ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY BY ITS SERVICER OCWEN) | | | |
| | | | | |
| 31-MAR-2015 01:51 PM | ORDER ENTERED/236 NOTICE GIVEN | PADILLA, NINA W. | | 31-MAR-2015 01:51 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>ORDER_24.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| | 94-15025094 AND NOW, THIS 30TH DAY OF MARCH, 2015, UPON CONSIDERATION OF DEFENDANTS' MOTION FOR RECONSIDERATION | | | |

| | | | | |
|---|---|---|---|---|
| | **Docket Entry:** | AND PLAINTIFF'S RESPONSE IN OPPOSITION THERETO; IT IS HEREBY ORDERED AND DECREED THAT SAID MTOION IS DENIED. ...BY THE COURT: WRIGHT PADILLA, J., 3/31/15 | | |
| | | | | |
| 31-MAR-2015 01:51 PM | NOTICE GIVEN UNDER RULE 236 | | | 31-MAR-2015 02:55 PM |
| | **Docket Entry:** | NOTICE GIVEN ON 31-MAR-2015 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 31-MAR-2015. | | |
| | | | | |
| 27-APR-2015 01:23 PM | MOT-POSTPONE SHERIFF SALE | BRAHMBHATT, USHA A | | 27-APR-2015 12:00 AM |
| **Documents:** | Click link(s) to preview/purchase the documents MTSYS_26_001.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| | **Docket Entry:** | 57-15045357 MOTION TO POSTPONE SHERIFF SALE FILED. TO BE HEARD ON 04/30/2015 @ 1:30 PM IN COURTROOM 232 BY JUDGE CARPENTER. | | |
| | | | | |
| 27-APR-2015 03:12 PM | MOTION ASSIGNED | | | 27-APR-2015 03:12 PM |
| | **Docket Entry:** | 57-15045357 MOT-POSTPONE SHERIFF SALE ASSIGNED TO JUDGE: JUDGE, EMERGENCY . ON DATE: APRIL 27, 2015 | | |
| | | | | |
| 27-APR-2015 03:12 PM | RULE ISSUED | JUDGE, EMERGENCY | | 27-APR-2015 03:13 PM |
| **Documents:** | Click link(s) to preview/purchase the documents RLFIS_28.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| | **Docket Entry:** | 57-15045357 AND NOW, THIS 27 TH.DAY OF APRIL 2015, UPON CONSIDERATION OF THE PETITIONER'S PETITION TO POSTPONE SHERIFF'S SALE OF REAL PROPERTY, IT IS HEREBY ORDERED AND DECREED THAT: A HEARING WILL BE HELD AT THE PHILADELPHIA COUNTY COURT OF COMMON PLEAS AT CITY HALL IN COURTROOM 232 ON THURSDAY APRIL 30TH, 2015 AT 1:30 PM. BEFORE THE HONORABLE JUDGE CARPENTER WITH RESPECT TO THIS MATTER AND THE PETITIONER MUST APPEAR ON THAT DATE AND AT THAT TIME PRESENT EVIDENCE AS TO THE REASON(S) THE SHERIFF'S SALE SHOULD BE POSTPONED. THE PETITIONER SHALL IMMEDIATELY SERVE A COPY OF THE PETITION, RULE TO SHOW CAUSE ORDER, THE | | |

| | | | | |
|---|---|---|---|---|
| | PROPOSED ORDER AND ALL SUPPORTING PAPERS UPON PLAINTIFF'S ATTORNEY PERSONALLY, BY FACSIMILE OR BY OVERNIGHT DELIVERY. ON THE DATE OF THE HEARING, PETITIONER MUST PROVIDE THE COURT AN AFFIDAVIT OF SERVICE. THE PETITION MAY BE DISMISSED IF THE PETITIONER FAILS TO PROVE THAT THE PLAINTIFF'S ATTORNEY WAS SERVED, AND NO FURTHER POSTPONEMENTS OF THE SHERIFF'S SALE MAY BE GRANTED BY THIS COURT. BY THE COURT:CARPENTER J. 04/27/2015. | | | |
| 27-APR-2015 03:12 PM | NOTICE GIVEN UNDER RULE 236 | | | 28-APR-2015 08:07 AM |
| Docket Entry: | NOTICE GIVEN ON 28-APR-2015 OF RULE ISSUED ENTERED ON 27-APR-2015. | | | |
| 27-APR-2015 03:14 PM | MOTION HEARING SCHEDULED | | | 27-APR-2015 03:14 PM |
| Docket Entry: | 57-15045357 | | | |
| 29-APR-2015 12:33 AM | NOTICE GIVEN | | | 29-APR-2015 12:33 AM |
| Docket Entry: | *none.* | | | |
| 01-MAY-2015 02:42 PM | ORDER ENTERED/236 NOTICE GIVEN | PADILLA, NINA W. | | 01-MAY-2015 02:42 PM |
| Documents: | Click link(s) to preview/purchase the documents ORDER_32.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| Docket Entry: | 57-15045357 APRIL 30, 2015, PETITIONER'S PETITION TO POSTPONE SHERIFF SALE IS DENIED. ...BY THE COURT: WRIGHT PADILLA, J. | | | |
| 01-MAY-2015 02:42 PM | NOTICE GIVEN UNDER RULE 236 | | | 04-MAY-2015 08:41 AM |
| Docket Entry: | NOTICE GIVEN ON 04-MAY-2015 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 01-MAY-2015. | | | |

| 08-MAY-2015 02:05 PM | SHERIFF'S SALE (R.E. WRITS) | | | 11-MAY-2015 12:12 PM |
|---|---|---|---|---|
| **Docket Entry:** | PROPERTY SOLD TO STERN & EISENBERG, PC FOR THE SUM OF $15,100.00 ON 05/05/2015. - WRIT NUMBER 1505-490 | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[Search Home]    [Return to Results]