# EXHIBIT F

## Deed Cover Sheet - Ocwen

| File Number: | Client File Number/Asset Number: |
|---|---|
| AM1505-PA-2576560 | 7140241527 |

**Property Address:**

| |
|---|
| 604 Avon Street, Philadelphia, PA 19116 (Philadelphia) |

**POA Submission Requirement**

Inv # **8210**    POA# **3123**

| Copy Attached: | Recording Info County of Philadelphia |
|---|---|
| (Yes) | Ins #:_____<br>Book:_____ Page:_____<br>Recorded Date:_____ |

Est. Set. Date: December 14, 2016

L1 Date: :11/23/2016 6:55:42 AM

Additional Notes: _____

Executed deed should be sent to the Closing Office indicated below:

PTS – Pennsylvania, Inc.

1000 Abernathy Road NE, Suite 200

Atlanta, GA  30328

After recording, please return recorded POA to the following address:

**Ocwen Loan Servicing, LLC.**
**Attention: Record Services**
**5720 Premier Park Drive**
**West Palm Beach, FL 33407**

| Sr No. | Documents Submitted for Execution | Supporting Documents | Witness Required | Notary required |
|---|---|---|---|---|
| 1 | Deed | | \ | \ |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

2570034-1002

Assigned to: Moraima Medina

QC: Moraima Medina       Deed printed by: Kunal

mm 11/28

Prepared By:
PTS – Pennsylvania, Inc.
1000 Abernathy Road NE, Suite 200
Atlanta, GA 30328
incidental to the issuance of a title insurance policy.

Return To: Zhong Xia Chen and Jenny Cai
10128 Proctor Rd
Philadelphia, PA 19116

File Number: **CE1505-PA-2579291**
UPI Number: **58-2111200**

## DEED

This **DEED** made this \_\_\_**20**\_\_\_ day of \_\_**November**\_\_\_, 2016

**BETWEEN**

Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust 2007-2, by Ocwen Loan Servicing, LLC as Attorney-In-Fact

(hereinafter called the Grantor/s), of the one part, and

Zhong Xia Chen, A Married Person and Jenny Cai, A Single Person, As Joint Tenants With Rights Of Survivorship.

(hereinafter called the Grantee/s), of the other part,

**WITNESSETH**, That in consideration of ----- **($156,004.00)** ----- One Hundred Fifty Six Thousand Four Dollars, in hand paid, the receipt whereof is hereby acknowledged, the said Grantor/s does/do hereby grant and convey unto the said Grantee/s, his/her/their heirs and assigns

ALL THAT CERTAIN further described in Exhibit "A" attached hereto.

Grantee's Address:
10128 Proctor Rd
Philadelphia, PA 19116

Property Address: 604 Avon Street, Philadelphia, PA 19116

**AND** the said Grantor does hereby covenant to and with the said Grantee/s that it, the said Grantor, for itself, its successors and assigns, SHALL and WILL, subject as aforesaid, Warrant and forever Defend the herein above described premises, with the hereditaments and appurtenances, unto the said Grantee/s, his/her/their heirs and assigns, against the said Grantor and against every other person lawfully claiming or who shall hereafter claim the same or any part thereof, by, from or under it, them, or any of them.
IN WITNESS WHEREOF, the said Grantor has caused these presents to be duly executed, the day and year first above written.

SEALED AND DELIVERED    In the Presence of:

                                            Deutsche Bank National Trust Company, as Trustee for
                                            HarborView Mortgage Loan Trust 2007-2
                                            , by Ocwen Loan Servicing, LLC as Attorney-In-Fact

                                                                                                             Moraima Medina
                                                                                                             Contract Management Coordinator
_____        ___Moraima Medina___ (SEAL)
   Douglas A. Townsend         , of Ocwen Loan Servicing, LLC, as Attorney-in-Fact

State of Florida: County of Palm Beach:
    On this, the __28__ day of __November__, 2016, before me, the undersigned signor, personally appeared ___Moraima Medina___ as __Contract Management Coordinator__ of Ocwen Loan Servicing, LLC as Attorney-in-Fact for Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust 2007-2 (known to me)(or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/(she) executed the same for the purposes therein contained.

                                                                           Guirlene Dolcine
                                                             Notary Public

                                                                       GUIRLENE DOLCINE
                                                                       MY COMMISSION # FF 055364
                                                                       EXPIRES: November 16, 2017
POA recorded simultaneously herewith               Bonded Thru Notary Public Underwriters

I, _____, hereby certify that the tax mailing address of the above Grantees is:
10128 Proctor Rd
Philadelphia, PA 19116

_____
BY:

EXHIBIT "A"

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED.

SITUATE IN THE 58TH WARD OF THE CITY OF PHILADELPHIA DESCRIBED ACCORDING TO A PLAN MADE FOR AVON PARK, INC. BY JOHN J. MCDEVITT, SURVEYOR AND REGULATOR OF THE 4TH DISTRICT, DATED FEBRUARY 6, 1962, TO WIT:

BEGINNING AT A POINT ON THE SOUTHWESTERLY SIDE OF AVON STREET (50 FEET WIDE) MEASURED SOUTHEASTWARDLY ALONG THE SAID SOUTHWESTERLY SIDE OF AVON STREET ON THE ARC OF A CIRCLE CURVING TO THE LEFT HAVING A RADIUS OF 884 FEET 9-1/4 INCHES THE ARC DISTANCE OF 34 FEET 11-1/2 INCHES FROM A POINT OF REVERSE CURVE, WHICH POINT OF REVERSE CURVE IS MEASURED SOUTHEASTWARDLY ON THE ARC OF A CIRCLE CURVING TO THE RIGHT WHICH CONNECTS THE SAID SOUTHWESTERLY SIDE OF AVON STREET AND THE SOUTHEASTERLY SIDE OF JEANES STREET (50 FEET WIDE) HAVING A RADIUS OF 15 FEET THE ARC DISTANCE OF 22 FEET 10-3/4 INCHES FROM A POINT OF CURVE ON THE SAID SOUTHEASTERLY SIDE OF JEANES STREET; THENCE EXTENDING SOUTHEASTWARDLY ALONG THE SAID SOUTHWESTERLY SIDE OF AVON STREET ON THE ARC OF A CIRCLE CURVING TO THE LEFT HAVING A RADIUS OF 884 FEET 9-1/4 INCHES THE ARC DISTANCE OF 23 FEET 9 INCHES TO A POINT; THENCE SOUTH 71 DEGREES 56 MINUTES 40 SECONDS WEST 100 FEET TO A POINT; THENCE SOUTH 71 DEGREES 56 MINUTES 40 SECONDS WEST 100 FEET TO A POINT; THENCE NORTHWESTERLY ON THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF 984 FEET 9-1/4 INCHES THE ARC DISTANCE OF 26 FEET 2- 5/8 INCHES TO A POINT; THENCE NORTH 73 DEGREES 21 MINUTES 41 SECONDS EAST 100 FEET TO A POINT ON THE SAID SOUTHWESTERLY SIDE OF AVON STREET BEING THE FIRST MENTIONED POINT AND PLACE OF BEGINNING, THE SOUTHEASTERLY LINE PASSING THROUGH THE CENTER OF A PARTY WALL BETWEEN THE SAID PREMISES AND THE PREMISES ADJOINING ON THE SOUTHEAST.

BEING also known as UPI Number: 58-2111200.

BEING also known as 604 Avon Street, Philadelphia, PA 19116.

BEING the same property conveyed by Sheriff's Deed from Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania to Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Loan Trustee 2007-2 acquired by Deed recorded as instrument Instrument No. 52937809 in the Philadelphia county and state of Pennsylvania