IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANIL J. BRAHMBHATT, et al. : CIVIL ACTION
:
v. : No. 17-5139
:
OCWEN SERVICING INC., et al. :

# ORDER

AND NOW, this 28th day of September, 2018, upon consideration of Defendants Ocwen Loan Servicing Inc., and Deutsche Bank National Trust Company as Trustee for Harborview Mortgage Loan Trust 2007-2's motion to dismiss, Plaintiffs Anil and Usha Brahmbhatt's opposition thereto, and the parties' presentations at the April 30, 2018, oral argument, it is ORDERED the Motion (Document 4) is GRANTED.

It is further ORDERED:

1. Counts I through IX and XII, of the Brahmbhatts' Complaint are dismissed with prejudice; and

2. Counts X, XIII, XIV, and XV of the Brahmbhatts' Complaint are dismissed without prejudice.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.